Jeremy C. Vaughn

25-cv-601-wmc

Average monthly balance: $0.00

Average monthly deposits: $5.60 x 20% = $1.12