IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JEREMY C. VAUGHN,

    Plaintiff,

v.

STATE OF WISCONSIN, et al,

    Defendants.

ORDER

Case No. 25-cv-601-wmc

---

On July 18, 2025, I entered an order assessing plaintiff Jeremy C. Vaughn, an initial partial payment of $1.12 in this case. Now plaintiff has filed a motion to waive the initial payment, explaining that he cannot pay due to insufficient funds. *See* dkt. 7.

In 28 U.S.C. § 1915(b)(1), Congress established a formula to determine how much a prisoner seeking leave to proceed *in forma pauperis* must pay to file a new civil action or appeal in federal court. The statute says, "The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of — (A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint or notice of appeal."

After evaluating plaintiff's updated account statement and the information plaintiff provided in his motion, it appears that plaintiff presently has no means with which to pay the filing fees or to make the initial partial payments. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee and will not assess an initial partial payment.

ORDER

2

IT IS ORDERED that:

1. Plaintiff's request to waive the initial partial filing fee is GRANTED. However, plaintiff remains responsible for paying the entire $350 filing fee for this case when funds exist.

2. No further action will be taken in this case until the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, the court will issue a separate order.

Entered this 12th day of August, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge